# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| GUADALUPE ADAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 6:16-cv-03271-MDH |
| ) | |
| ARVIND MOTEL VENTURES, LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is the parties' Stipulation of Dismissal with Prejudice filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 27).

The Court hereby **ORDERS** that the cause in the above-styled caption be **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs, attorney's fees, expert fees, and litigation expenses, except as otherwise agreed to in writing among the parties. To the extent not otherwise disposed herein, all pending motions are hereby **DENIED** or **MOOT**, and the case is closed.

IT IS SO ORDERED:
**Date: March 1, 2017**

                                                */s/ Douglas Harpool*
                                                **DOUGLAS HARPOOL**
                                                **UNITED STATES DISTRICT JUDGE**